**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ALI HUSSEIN DARWICH,

    Movant,

v.                                                        Case No. 10-CV-10775

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER STRIKING DUPLICATE MOTION
AND ORDERING A RESPONSE**

On January 27, 2010, Movant Ali Hussein Darwich filed a "Motion to Recover/Return Seized Items, Documents, and Cash." One week later, on February 9, 2010, an identical motion was docketed. Having reviewed the motions, it is clear to the court that the two filings are the result of a clerical error. Accordingly, the court will strike the second motion as duplicative.

IT IS ORDERED that "Motion to Recover/Return Seized Items, Documents, and Cash" [Dkt. # 2] is hereby STRICKEN from the docket.

IT IS FURTHER ORDERED that Defendant United States of America is DIRECTED to respond to the January 27, 2010 motion by **March 12, 2010.** Movant Darwich shall file any reply, which is optional, by **March 26, 2010**.

                                               S/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: March 4, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 4, 2010, by electronic and/or ordinary mail.

           S/Lisa Wagner
           Case Manager and Deputy Clerk
           (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\08-51225.DARWICH.StrikeDuplicative.OrderResponse.wpd