**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ALI HUSSEIN DARWICH,

    Movant,

v.                            Case No. 10-CV-10775

UNITED STATES OF AMERICA,

    Defendant.
    _____/

**ORDER DENYING "MOTION FOR DISCLOSURE/DISCOVERY/RETURN OF NON-ESSENTIAL SEIZED ITEMS"**

On March 30, 2010, the court entered an order [Dkt. # 7] denying this movant's "Motion for Return of Seized Items, Documents, and Cash." The court then administratively closed this miscellaneous case. Now before the court is movant's second motion, filed on June 7, 2010, seeking essentially the same relief, i.e., return of seized property. The government has filed a response, and a hearing on the motion is unnecessary. *See* E.D. Mich. LR 7.1(e)(2). Upon review, it is clear that the reasons supporting the court's denial of the first motion still obtain. Accordingly,

IT IS ORDERED that Movant's "Motion for Disclosure/Discovery/Return of Non-essential Seized Items" [Dkt. # 8] is DENIED. This case remains closed.

                                      S/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: June 11, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record

on this date, June 11, 2010, by electronic and/or ordinary mail.

                                                                                           s/Lisa G. Wagner
                                                                                            LISA G. WAGNER
                                                                                            Case Manager

S:\Cleland\CHD\Criminal\10-10775.DARWICH.Deny.Second.Motion.Return.Property.wpd