**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ALI HUSSEIN DARWICH,

    Movant,

v.                                                         Case No. 10-10775

UNITED STATES OF AMERICA,

    Defendant.

_____/

**ORDER DENYING MOTION TO TRANSFER MOTIONS**

On December 27, 2010, Movant Ali Hussein Darwich filed a "Motion for Transfair [sic] Motion's [sic] from Civil to Cremenal [sic]," in which he requests that certain motions which were filed, and denied, on this civil case be docketed on his pending criminal case. The court does not typically transfer motions from one docket to another absent compelling circumstances, which are not present here. Moreover, since the time he filed this motion, Darwich has elected to represent himself in his criminal matter and has filed dozens of motions pro se, some of which he has filed more than once. Darwich has thus demonstrating that he is abundantly capable of initiating his own motions, without requiring the Clerk of the Court to transfer any resolved motions to a new docket. Finally, in reviewing the motions that Darwich wishes to transfer, it appears that he has already filed similar motions on his criminal docket, requesting identical relief to that which is sought in the motions he asks to transfer. Accordingly,

IT IS ORDERED that Darwich's "Motion for Transf[er] Motion[s] from Civil to [Criminal]" [Dkt. # 28] is DENIED.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: July 12, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 12, 2011, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522