# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ALI DARWICH,

    Plaintiff,

v.                                                                             Case No. 10-10775

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

Before the court is a motion for reconsideration, filed by Plaintiff Ali Darwich, in which he seeks reconsideration of an order entered approximately eight years ago. In the Eastern District of Michigan, a party filing a motion for reconsideration must "demonstrate a palpable defect by which the court and the parties . . . have been misled" and "show that correcting the defect will result in a different disposition of the case." E.D. Mich. LR 7.1(h)(3). Such motions, however, must be brought within 14 days of the order which is challenged by the moving party. E.D. Mich. LR 7.1(h)(1). Plaintiff's motion, styled as a motion for reconsideration, is untimely. Accordingly,

    IT IS ORDERED that Plaintiff's motion for reconsideration [Dkt. # 30] is DENIED.

                                                              s/Robert H. Cleland
                                                               ROBERT H. CLELAND
                                                               UNITED STATES DISTRICT JUDGE

Dated: September 28, 2018

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 28, 2018, by electronic and/or ordinary mail.

s/William Barkholz for Lisa Wagner
Case Manager and Deputy Clerk

S:\Cleland\Cleland\CHD\Criminal\Darwich Criminal\10-10775.DARWICH.Reconsideration.docx